UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

MYKAYLA FAGNANI, ON BEHALF
OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

            Plaintiffs,

        v.

NEW SUNSHINE, LLC,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

No.: 1:25-cv-5142

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, NEW SUNSHINE, LLC.


Dated:   New York, New York
          Sept. 2, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Michael A. LaBollita</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge